**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Metal Chem, Inc., | Civil Action No. 6:14-cv-04039-TMC |
| Plaintiff, | |
| v. | |
| Ronatec C2C, Inc., | |
| Defendant | |

# EXHIBIT 1
# Purchase Order And Invoice Examples

Gmail                                                James Wetherald <jamespwetherald34@gmail.com>

# MC-91114LF-CP

**Leslie Fuller** <leslie@ronatecc2c.com>                            Thu, Sep 11, 2014 at 1:19 PM
To: Ericka <ericka@metalchem-inc.com>, Brooke <brooke@metalchem-inc.com>
Cc: Samantha Teem <samantha@ronatecc2c.com>, "jwetherald@ronatecc2c.com" <jwetherald@ronatecc2c.com>

Good Afternoon,

Please ship direct:

3x55 Ultima A
1x55 NA Seal

Ronatec PO#MC-91114LF-CP

Delivering to:
Calpac
6231 Maywood Ave
Huntington Park, CA 90255

Thank you!

--

Leslie Fuller
Ronatec C2C, Inc.
Office (760) 476-1890
Fax (760) 946-7862



# Metal Chem, inc.

• *Metal Finishing Products and Service* •

# Invoice

| DATE | Invoice No. |
|---|---|
| 9/12/2014 | 31536 |

Remit to:
509 Huntington Road
Greenville, SC 29615-4211
(864) 877-6175
Fax (864) 877-6176

| Bill To |
|---|
| Ronatec C2C, Inc.<br>P.O. Box 1976<br>Fallbrook, CA 92028<br>Attn: Accounts Payable |

| P.O. No. | Terms | Project |
|---|---|---|
| 091114LF-CP | Net 60 firm | Chemicals |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 165 | Meta-Plate ULTIMA-A (55 gal. dr.) | 16.25 | 2,681.25 |
| 55 | Ronatec NA Seal (55 gal. dr.) | 14.50 | 797.50 |
|  | Shipping Charge Split 50/50 | 159.38 | 159.38 |

Via PALMETTO STATE.
Thank you for your business.

**Total:** **$3,638.13**